IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JABRADSKI ANDRE PRUITT,          )
#209020,                          )
                                  )
    Petitioner,           )
                                  )
v.                                )      CIVIL ACTION NO. 2:03cv753-T
                                  )                (WO)
JAMES DELOACH, et al.,            )
                                  )
    Respondants.          )

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 7, 2005, said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1.    The petition for habeas corpus relief filed by Jabradski Andre Pruitt on July 16, 2003 is DENIED.

2.    The case is DISMISSED with prejudice.

Done this the 26th day of September, 2005.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE