IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JABRADSKI ANDRE PRUITT, #209020, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JAMES DELOACH, et al., )<br>)<br>Respondants. ) | CIVIL ACTION NO. 2:03cv753-T<br>(WO) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed with prejudice.

Done this the 26th day of September, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE