IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JABRADSKI ANDRE PRUITT,** ) | |
| ) | |
|     Petitioner, ) | |
| ) | **CIVIL ACTION NO.** |
|     v. ) | **2:03cv753-T** |
| ) | **(WO)** |
| **JAMES DELOACH, et al.,** ) | |
| ) | |
|     Respondents. ) | |

### ORDER

Upon consideration of petitioner's objections (Doc. No. 33), it is ORDERED that the objections are treated as a motion for reconsideration and said motion is denied. The court has reviewed the objections and concludes that, even if they had been timely filed, they lack merit.

DONE, this 27th day of September, 2005.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**